# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENTTHERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |

This Document Applies To:  )
Richard A. Giovannetti,  )  Case No. 1:16-cv-1513
  )
    PLAINTIFF,  )
  )
V.  )
  )
Endo Pharmaceuticals, Inc., et al.,  )
  )
    DEFENDANTS.  )

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW Richard A. Giovannetti, Plaintiff herein and, before the filing of any Answer or Motion for Summary Judgment by Defendants, dismisses his case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(i).

Date: <u>February 16, 2016</u>       Respectfully submitted,

                           */s/ Trent B. Miracle*
                           Trent B. Miracle
                           Brendan A. Smith
                           SIMMONS HANLY CONROY
                           One Court Street
                           Alton, IL 62002
                           Tel. (618) 259-2222
                           Fax (618) 259-2251
                           tmiracle@simmonsfirm.com
                           bsmith@simmonsfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 16, 2016, I electronically filed the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Trent B. Miracle*